IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

COREY BLOCKER
   Plaintiff
V
STATES OF MICHIGAN
   Defendant
GRETCHEN WHITMER
   Codefendant
BANK OF AMERICA
   Codefendant
UNITED STATES OF AMERICA
   Codefendant
DONALD TRUMP
   Codefendant

CASE # 1:20-CV-1058
Trial By Jury

FILED - LN
November 19, 2020 4:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod / SCANNED BY: EOD 11/20

MOTION FOR SANCTION AGAINST BANK OF AMERICA FOR DENYING COREY BLOCKER HIS REQUEST FOR HIS ACCOUNT DOCUMENTS FOR HIS UNEMPLOYMENT ACCOUNT, UNDER RULE 2,802(6)(3).

Corey Blocker makes said motion, for this Courts record, and on this Courts record. Corey Blocker is demanding that Bank of America be sanction in the amount of $20,000,000.00 a day. Because anything eles is not going to give the defendant the incentive to give the information requested. Because Bank of America is now being blatant with how they are stealing Corey Blockers money. The fact that Corey Blocker can prove that he gave Bank of America the 72 hours for Claims to contact him, and the Claims department did not. Proves Bank of America Knows its Guilt, and to give the information would guarantee that Bank of America is liable for the full amount Corey Blocker requested. Therefore the amount in sactions would make Bank of America have to pay saction, and still the amount requested by Corey Blocker. Corey Blocker has stated that he needs the information to prove that the defendants are guilty of strong arm extortion, Corey Blocker is also stating that the 5g Tower that is sitting in front of the residence he stay at, was put there to cause Corey Blocker bodily harm. But the fact it is also effecting the family at the residence. Is proof that this plandemic is a hoax and the sickness is caused by 5g and not Covid 19 which also makes the defendants liable for the entire Cares act, and to be hung by the Neck until dead.

Respectfully Submitted

I certify that a true and exact copy of this instrument to each of the defendants on this the 19 day of November 2020
Respectfully Submitted

Gretchen Whitmer
PO BOX 30013
Lansing MI 48909

Attorney General Office
525 Ottowa St
Lansing MI 48933

Bank of America
100 North Tryon St
Charlotte NC 28202

Donald Trump
1600 Pennsylvania Ave NW
Washington DC 20503

Attorney General Office
Department of Justice
950 Pennsylvania Ave
Washington DC 20503

Corey Blocker
PO Box 27128
Lansing MI 48909
Cell-522-6659